UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 16, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONIQUE MARIE GONZALEZ GRADO,

    Defendant.

Case No. 2:25-cr-00080-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MONIQUE MARIE GONZALEZ GRADO , Case No. 2:25-cr-00080-JAM , Charge 18 USC § 1344, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $_____

        X    Unsecured Appearance Bond $ 20,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):  The defendant's release is delayed until 04/21/2025 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a

    X    30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 16, 2025, at 2:30 PM.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE