MICHELE BECKWITH
Acting United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MONIQUE MARIE GONZALES GRADO,<br><br>  Defendant. | CASE NO. 2:25-cr-00080-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>CURRENT DATE: May 20, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 20, 2025.

2. By this stipulation, the parties agree to continue the status conference until **July 01, 2025, at 09:00 a.m.**, and to exclude time between May 20, 2025, and July 01, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, voluminous financial records, witness interviews, a criminal history, audio recordings, and other records. Most of this discovery has been either produced directly to counsel made available for inspection and copying or is in the process of being so produced and will be produced prior to the next status conference.

        b)     Counsel for defendant desires additional time to consult with her client, review the current charges, conduct the necessary investigation and research related to the charges, review and/or copy the discovery, discuss potential resolutions with her client, and otherwise prepare for trial.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 20, 2025 to July 01, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  May 12, 2025

                                        MICHELE BECKWITH
                                        Acting United States Attorney

                                        /s/ DHRUV M. SHARMA
                                        DHRUV M. SHARMA
                                        Assistant United States Attorney

Dated: May 12, 2025                                /s/ MEGAN HOPKINS (as authorized on May 12, 2025)
MEGAN HOPKINS
Counsel for Defendant
MONIQUE MARIE
GONZALES GRADO

## ORDER

IT IS SO ORDERED.

Dated: May 15, 2025                                /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE