HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MONIQUE MARIE GONZALES GRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONIQUE MARIE GONZALES GRADO,

Defendant.

Case No. 2:25-cr-00080-JAM

**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

Judge: Hon. John A. Mendez

MONIQUE MARIE GONZALES GRADO, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court continuing the status conference in this matter from July 1, 2025, at 9:00 a.m. to August 5, 2025, at 9:00 a.m.

Ms. Grado is currently residing at and participating in the WellSpace residential drug treatment program, with an anticipated graduation date of July 21, 2025. The government has provided the defense with the terms of an initial plea offer, which the government will be sending over in a formal proposed agreement shortly. Defense counsel will need additional time to review the case file with Ms. Grado following her completion of the residential drug treatment

program. Defense counsel also continues to review the discovery provided by the government thus far, and conduct investigation therefrom.

The parties anticipate that by August 5, 2025, they will know how they wish to proceed in this matter, and will either convert the hearing to a change of plea, or be prepared to advise the Court regarding the status of the case. Therefore, the parties respectfully request to continue the status conference to August 5, 2025, at 9:00 a.m.

The parties also agree to and request an order excluding time under the Speedy Trial Act between and including July 1, 2025, and August 5, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. The failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the status of her investigation and the exercise of due diligence. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

The parties agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 20, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Monique Marie Gonzales Grado

MICHELLE BECKWITH
Acting United States Attorney

DATED: June 20, 2025

*/s/ Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently set for July 01, 2025, at 9:00 a.m., is **CONTINUED** to **August 05, 2025, at 9:00 a.m.**, and that time is excluded under the Speedy Trial Act between July 1, 2025, and August 5, 2025, pursuant to Local Code T4, because, based on the parties' representations, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Dated: June 23, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE