HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MONIQUE MARIE GONZALES-GRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00080-JAM |
| Plaintiff, | **THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| MONIQUE MARIE GONZALES GRADO, | Judge: Hon. John A. Mendez |
| Defendant. | |

MONIQUE MARIE GONZALES-GRADO, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court continuing the status conference in this matter from August 5, 2025, at 9:00 a.m. to September 9, 2025, at 9:00 a.m.

Ms. Grado completed the WellSpace residential drug treatment program on July 21, 2025, and is in the process of reviewing an initial plea offer from the government. It is anticipated by the parties that a plea agreement will be reached and executed prior to the new proposed date, and the parties will then request that the hearing be converted to a change of plea.

Defense counsel has requested some changes to the plea agreement, which counsel for the government is actively reviewing. Defense counsel needs additional time to review any outstanding discovery and any revisions to the plea agreement with Ms. Grado. Defense counsel

also continues to review the discovery provided by the government thus far, and conduct investigation therefrom.

The parties anticipate that by September 9, 2025, they will know how they wish to proceed in this matter, and will either convert the hearing to a change of plea, or be prepared to advise the Court regarding that status of the case. Therefore, the parties respectfully request to continue the status conference to September 9, 2025, at 9:00 a.m.

Based on the foregoing the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through September 9, 2025, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: July 21, 2025                                   Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Public Defender

                                                       /s/ Megan T. Hopkins
                                                       MEGAN T. HOPKINS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       MONIQUE MARIE GONZALESZ-GRADO


                                                       KIMBERLY SANCHEZ
                                                       Acting United States Attorney

DATED: July 21, 2025                                    /s/ Dhruv Sharma
                                                       DHRUV SHARMA
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

Stipulation and Order to Continue Status          -2-                          United States v. Grado
Conference

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently set for August 05, 2025, at 9:00 a.m., is **CONTINUED** to **September 09, 2025, at 9:00 a.m.** Time is excluded up to and including September 09, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (local code T4).

Dated: July 22, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE