HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MONIQUE MARIE GONZALEZ GRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00080-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE PROBABLE CAUSE HEARING |
| v. | |
| MONIQUE MARIE GONZALES GRADO, | Judge: Hon. Chi Soo Kim<br>Date: December 2, 2025<br>Time: 2:00 PM |
| Defendant. | |

Defendant, MONIQUE MARIE GONZALEZ GRADO, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court vacating the probable cause hearing in this matter on December 2, 2025, at 2:00 p.m.

The defense is no longer seeking release on pretrial conditions, and submits on the matter of a probable cause determination with regard to the pending pretrial violation petition. A probable cause hearing is therefore no longer necessary, and in the interest of judicial economy, the parties hereby request to vacate the hearing.

/ / /

/ / /

/ / /

This matter is already set for a sentencing hearing on January 6, 2026, before the Honorable John A. Mendez, and so no further action is needed at this time.

Dated: December 1, 2025                    Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                    Federal Public Defender

                                                    */s/ Megan T. Hopkins*
                                                    MEGAN T. HOPKINS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    MONIQUE MARIE GONZALEZ GRADO


                                                    ERIC GRANT
                                                    United States Attorney

DATED: December 1, 2025                    */s/ Dhruv Sharma*
                                                    DHRUV SHARMA
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

**[PROPOSED] O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the probable cause hearing currently set for December 2, 2025, at 2:00 p.m. is vacated.

Dated:  December  1, 2025

HON. CHI SOO KIM
United States Magistrate Judge