HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
MONIQUE MARIE GONZALEZ GRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MONIQUE MARIE GONZALEZ GRADO,<br><br>    Defendant. | Case No. 2:25-cr-00080-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>Date:  January 6, 2026<br>Time:  9:00 a.m.<br>Judge:  Hon. John A. Mendez |

    MONIQUE MARIE GONZALEZ GRADO, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court continuing the sentencing hearing in this matter from January 6, 2026, at 9:00 a.m. to April 21, 2026, at 9:00 a.m., and modifying the presentence schedule in accordance with the continuance. The probation officer joins the parties' request.

    Ms. Grado was taken into state custody approximately one week after her change of plea, which has prolonged her participation in the presentence interview. She has since been released on her own recognizance in her state case and transferred to federal custody, and is available for interview. The parties anticipate that the interview will take place prior to the end of December, which will provide adequate time for the completion of the final presentence report by the new deadline as set forth below. The parties are available for sentencing in this matter on April 21,

2026, which is mutually convenient for the probation officer. It is therefore requested that the matter be continued to April 21, 2026, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | **March 10, 2026** |
| Informal Objections to Presentence Report Due: | **March 24, 2026** |
| Presentence Report Due: | **March 31, 2026** |
| Formal Objections to Presentence Report Due: | **April 7, 2026** |
| Reply or Statement of Non-Opposition Due: | **April 14, 2026** |
| Judgment and Sentencing: | April 21, 2026 |

Dated: December 15, 2025                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
MONIQUE MARIE GONZALEZ GRADO


ERIC GRANT
United States Attorney

DATED: December 15, 2025                */s/ Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing currently set for January 06, 2026, at 9:00 a.m., is **CONTINUED** to **April 21, 2026, at 9:00 a.m.** The PSR schedule shall be **MODIFIED** as set forth above.

Dated:  December 15, 2025



JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE